ALPHA PSI CHAPTER HOUSE ASSOCIATION, ETC., PROSE-CUTOR v. CITY OF NEW BRUNSWICK ET AL., DEFEND-ANTS.

RUTGERS ASSOCIATION OF BETA THETA PI, PROSECU-TOR, v. CITY OF NEW BRUNSWICK ET AL., DEFEND-ANTS.

GAMMA UPSILON CHAPTER OF KAPPA SIGMA, PROSECU-TOR, v. CITY OF NEW BRUNSWICK ET AL., DEFEND-ANTS.

NU BETA OF PHI GAMMA DELTA, PROSECUTOR, v. CITY OF NEW BRUNSWICK ET AL., DEFENDANTS.

ALUMNI ASSOCIATION OF THE DELTA CHAPTER OF ZETA PSI FRATERNITY OF NORTH AMERICA, PROSECUTOR, v. CITY OF NEW BRUNSWICK ET AL., DEFENDANTS.

Argued May 9, 1940—Decided January 21, 1941.

Before Justices CASE, DONGES and HEHER.

For the prosecutor Alpha Psi Chapter House Association, &c., *R. E. & A. D. Watson.*

For the prosecutor Rutgers Association of Beta Theta Pi, *Hicks, Kuhlthau, Thompson & Deshler.*

For the prosecutor Gamma Upsilon Chapter of Kappa Sigma, *John B. Molineux*.

For the prosecutor Nu Beta of Phi Gamma Delta, *M. Harold Higgins*.

For the prosecutor Alumni Association of the Delta Chapter of Zeta Psi Fraternity of North America, *Newton H. Porter, Jr.*

For the defendants, *Paul W. Ewing* and *William D. Danberry*.

PER CURIAM.

The writs of *certiorari* in these cases bring up judgments of the State Board of Tax Appeals affirming assessments by the City of New Brunswick, for taxes for the year 1938, on properties of the prosecutors, all of whom are societies composed of students at Rutgers College. The factual situations in these cases vary in no substantial way from that presented in case No. 263 of the present term, *Alpha Rho Alumni Association* v. *City of New Brunswick et al.*, 126 *N. J. L.* 233. For the reasons expressed in the opinion in that case, the proceedings and assessments under review in these cases are set aside with costs.

Mr. Justice Heher dissents.